IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS SANCHEZ-RAMOS and DIANA
CRISPIN-REYES

Plaintiffs

vs                                                              CIVIL 98-2425CCC

PEDRO TOLEDO, personally and in his
official capacity; PUERTO RICO POLICE

Defendants

## PARTIAL JUDGMENT

For the reasons stated in our Order of this same date, defendants' motion to dismiss (**docket entry 7**) is GRANTED. Partial judgment is hereby entered DISMISSING this action as to defendants Police Department and Pedro Toledo in his official capacity.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 23, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev 8/82)