IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS SANCHEZ-RAMOS and DIANA
CRISPIN-REYES

Plaintiffs

vs                                    CIVIL 98-2425CCC

PEDRO TOLEDO, personally and in his
official capacity; PUERTO RICO POLICE

Defendants



## O R D E R

Having considered the Motion to Withdraw as legal representative of defendant Pedro Toledo filed by the Department of Justice of the Commonwealth on April 13, 2000 (**docket entry 19**), the same is GRANTED. Accordingly, the Department of Justice is relieved from further representing defendant Toledo in this action. Defendant is allowed until MAY 18, 2000 to announce his new legal representation. This order shall be notified to defendant Toledo at the following address:

    Lcdo. Pedro Toledo
    Superintendente
    Policía de Puerto Rico
    P.O. Box 70166
    San Juan PR 00936-8166

SO ORDERED.

At San Juan, Puerto Rico, on April 14, 2000.

                        CARMEN CONSUELO CEREZO
                        United States District Judge

s/c: Lcdo. Pedro Toledo
4/18/00

AO 72A
(Rev.8/82)