IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                April 28, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

CARLOS SANCHEZ-RAMOS, et al

vs                                    CIVIL 98-2425CCC

PEDRO TOLEDO, et al

By order of the Court, the Motion for Enlargement of Term and to Supplement Motion to Withdraw (**docket entry 22**) is MOOT; see Order filed on April 18, 2000 (docket entry 20). Case to be placed on follow up as to compliance with that order. Parties to be notified.

*/s/* - Secretary

