IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          May 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

CARLOS SANCHEZ-RAMOS, et al

vs                                              CIVIL 98-2425CCC

PEDRO TOLEDO, et al

By order of the Court, the Notice of Appearance (**docket entry 24**) is NOTED. The Clerk of Court and the parties to take notice of the new legal representation of defendant Pedro Toledo-Dávila in his personal capacity. Parties to be notified.

                                                - Secretary