IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS June 1, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

CARLOS SANCHEZ-RAMOS, et al

vs                                    CIVIL 98-2425CCC

PEDRO TOLEDO, etc.

By order of the Court, the Motion for Enlargement of Term to Submit Answer to Complaint (**docket entry 17**) is MOOT. The docket shall so reflect.

s/c J. Guzmán
G. Cintrón
J. Del Valle

—  - Secretary

JUN - 2 2000