IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               June 14, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

CARLOS SANCHEZ-RAMOS, et al

vs                                                    CIVIL 98-2425CCC

PEDRO TOLEDO, et al

By order of the Court, the Motion for Leave to Reply to Plaintiffs' Motion in Opposition to Motion to Dismiss Under Fed.R.Civ.P. 12(B)(6) and the Motion to Tender Reply (**docket entries 29 and 30**) are GRANTED. Parties to be notified.

— Secretary

s/c: L. Guzman
     J. Cintron
     L. Del Valle

JUN 15 2000