IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS SANCHEZ RAMOS &
DIANA CRISPIN REYES

**Plaintiff(s)**

v.

CIVIL NO. 98-2425 (JAG)

PEDRO TOLEDO, personally and in his
official capacity; PUERTO RICO POLICE

**Defendant(s)**

### ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Judge Daniel Domínguez.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of December, 2,000.

JAY A. GARCIA-GREGORY
U.S. District Judge