UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARLOS SANCHEZ RAMOS, et al.,**

v.                                                                  Civ. No. 98-2425(DRD)

**PEDRO TOLEDO DAVILA,**
in his personal capacity.

### JUDGMENT

Pursuant to the order issued by the Court on this same date, plaintiffs' claims against defendant, Pedro Toledo-Dávila in his personal capacity are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ADJUDGED AND DECREED.

January 22, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge